FILED
APR 1 6 2015
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. |
| JODY MONTGOMERY JORDAN, | ) ) ) **4:15CR00179 RWS** |
| Defendant. | ) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about November 5, 2014, in the City of St. Louis, within the Eastern District of Missouri,

**JODY MONTGOMERY JORDAN,**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute, a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance drug.

In violation of Title 21, United States Codes, Section 841(a)(1).

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

_____
THOMAS J. MEHAN, #28958MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri   63102
(314) 539-2200

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Thomas J. Mehan, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
THOMAS J. MEHAN, #28958MO

Subscribed and sworn to before me this 16th day of April 2015.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK